MAGISTRATE JUDGE JAMES P. DONOHUE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Nos.  CR05-5754 |
| | ) | CR05-5710 |
| vs. | ) | |
| TIMOTHY DELAUGHTER, | ) | AMENDED ORDER GRANTING STIPULATED MOTION TO |
| Defendant. | ) | CONTINUE TRIAL DATE |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date be continued to April 17, 2006. The period of delay resulting from this continuance from March 6 to April 17, 2006, is hereby excluded for speedy trial purposes under 18 U.S.C. §3161(h)(8)(A) and (B).

DONE this 10th day of February, 2006.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

Presented By:

/s/_____
Colin A. Fieman
Attorney for Defendant

/s/_____
Captain Glen Templeton
Special Assistant United States Attorney

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                    1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710